### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**RICHARD D. JONES**,

*Petitioner*,

v.

**CALHOUN**,

*Respondent*.

CAUSE NO. 3:25-CV-258-CWR-ASH

### ORDER

Richard D. Jones was in pretrial detention in Lauderdale County in Meridian, Mississippi, at the time he filed this 28 U.S.C. § 2241 petition. He "request[ed] for a bond and not for a[n] excessive[] bond. Docket No. 1 at 9 (cleaned up). Respondent filed a motion to dismiss on August 18, 2025. Docket No. 11. After the matter was fully briefed, Respondent filed two supplements to the motion to dismiss. Docket Nos. 17 and 18.

Respondent's second supplement states that a Lauderdale County "grand jury recently issued a no true bill on Jones's pending Lauderdale County charges" and "Jones was . . . released from Lauderdale County custody." Docket No. 18 at 1. Jones was released from Lauderdale County Detention Center on November 21, 2025. Docket No. 18-1.

The Fifth Circuit has explained that a petitioner's release from incarceration moots his § 2241 petition because there is no longer a live case or controversy for which any relief can be granted. *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Since Jones has been released from custody and bond is now inapplicable, his prayer for relief has been realized. *See id.* Jones's petition is moot.

Magistrate Judge Harris reached this conclusion in his Report and Recommendation, which was entered on December 10, 2025. Docket No. 20 at 3. The Report and Recommendation supported granting Respondent's motion to dismiss and to dismiss the petition as moot. *Id*. Judge Harris also notified the parties that failure to file written objections to the findings and recommendations contained therein within fourteen days after service would bar further appeal in accordance with 28 U.S.C. § 636(b)(1). *Id*. at 3-4.

This Court, finding that there has been no submission of written objections by any party,[1] hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed as moot. A separate Final Judgment will issue.

**SO ORDERED**, this the 21st day of February, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Docket Nos. 19 and 20 were returned as undeliverable. *See* Docket No. 21. Petitioner was released from Lauderdale County Detention Center on November 21, 2025, and Docket Nos. 19 and 20 were sent to Petitioner at his address on the docket (still listed as the Lauderdale County Detention Center) on December 10, 2025. It is Petitioner's responsibility to maintain a current address on the docket.